**Opinion issued October 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00726-CV

———————————

## IN RE STEADFAST FUNDING, LLC, ET AL., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Steadfast LLC, et al., have filed a petition for writ of mandamus, seeking to have this Court order the trial court to rule on relators' pending motions.[1]

---

[1] The underlying case is *Steadfast Funding, LLC, et al. v. 2017 Yale Development, LLC, et al*., cause numbers 2019-51432 & 2019-59191, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We **deny** relators petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We withdraw our September 27, 2019 order staying trial court proceedings, and we deny the real parties' request for sanctions.  We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Hightower.